## Gaughan *v.* Home Life Insurance Company, Appellant.

OPINION BY HENDERSON, J., April 19, 1915:

This case was argued with the appeal of Mary Lawler against the same defendant in which an opinion was this day handed down, ante, p. 409. The appeals involved the same question and the decision here necessarily follows that rendered in the Lawler case.

The judgment is therefore affirmed.